IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ALCORN COUNTY ELECTRIC POWER
ASSOCIATION, CENTRAL ELECTRIC
POWER ASSOCIATION, EAST MISSISSIPPI
ELECTRIC POWER ASSOCIATION,
4-COUNTY ELECTRIC POWER ASSOCIATION,
MONROE COUNTY ELECTRIC POWER
ASSOCIATION, NATCHEZ TRACE ELECTRIC
POWER ASSOCIATION, NORTH CENTRAL
MISSISSIPPI ELECTRIC POWER ASSOCIATION,
NORTH EAST MISSISSIPPI ELECTRIC POWER
ASSOCIATION, PONTOTOC ELECTRIC POWER
ASSOCIATION, PRENTISS COUNTY ELECTRIC
POWER ASSOCIATION, TALLAHATCHIE
VALLEY ELECTRIC POWER ASSOCIATION,
TIPPAH ELECTRIC POWER ASSOCIATION,
TISHOMINGO COUNTY ELECTRIC POWER
ASSOCIATION, AND TOMBIGBEE ELECTRIC
POWER ASSOCIATION                                                    PLAINTIFFS

V.                                          CIVIL ACTION NO. 1:12CV082-MPM-DAS

TENNESSEE VALLEY AUTHORITY;
BRANDON PRESLEY, in his Official Capacity;
LYNN POSEY, in his Official Capacity;
LEONARD BENTZ, in his Official Capacity; and
SCOTT EDWARDS, in his Individual and Official
Capacity                                                             DEFENDANTS

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

COME NOW the plaintiffs, by and through counsel, and voluntarily dismiss the above-styled and numbered civil action without prejudice against all defendants by stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing its own costs.

THIS, the 6 day of March, 2013.

AGREED TO:

*/s/ Larry Moffett*
LARRY D. MOFFETT, ESQ.
ATTORNEYS FOR PLAINTIFFS
ALCORN COUNTY ELECTRIC POWER ASSOCIATION,
CENTRAL ELECTRIC POWER ASSOCIATION, EAST
MISSISSIPPI ELECTRIC POWER ASSOCIATION,
4-COUNTY ELECTRIC POWER ASSOCIATION, MONROE
COUNTY ELECTRIC POWER ASSOCIATION, NATCHEZ
TRACE ELECTRIC POWER ASSOCIATION, NORTH
CENTRAL MISSISSIPPI ELECTRIC POWER ASSOCIATION,
NORTH EAST MISSISSIPPI ELECTRIC POWER
ASSOCIATION, PONTOTOC ELECTRIC POWER
ASSOCIATION, PRENTISS COUNTY ELECTRIC POWER
ASSOCIATION, TALLAHATCHIE VALLEY ELECTRIC
POWER ASSOCIATION, TIPPAH ELECTRIC POWER
ASSOCIATION, TISHOMINGO COUNTY ELECTRIC
POWER ASSOCIATION, AND TOMBIGBEE ELECTRIC
POWER ASSOCIATION

*/s/ Maria V. Gillen*
MARIA V. GILLEN, ESQ.
ATTORNEY FOR DEFENDANT TENNESSEE
VALLEY AUTHORITY

*/s/ Justin L. Matheny*
JUSTIN L. MATHENY, ESQ.
ATTORNEY FOR DEFENDANTS BRANDON
PRESLEY, in his Official Capacity; LYNN POSEY,
in his Official Capacity; LEONARD BENTZ, in his
Official Capacity; and SCOTT EDWARDS, in his
Individual and Official Capacity